| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Herbert B. Raymond, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4^(TH) Floor<br>East Orange, New Jersey 07017<br>Telephone (973) 675-5622<br>Telefax (408) 519-6711<br>Voice-mail (815) 642-4613<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond, Esq.<br>Jeffrey M. Raymond, Esq.<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | **Order Filed on January 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ZILMA I. ACOSTA, DEBTOR(S) | Case No.: 16-34520  RG<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: ROSEMARY GAMBARDELLA |

### ORDER ALLOWING ADDITIONAL TIME TO FILE SCHEDULES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 19, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Zilma I. Acosta, Debtor(s)
Case no.: 16-34520 RG
Caption of order: Order Allowing Additional Time to File Schedules, Statement of Affairs and Chapter 13 plan
_____

That the Debtor be allowed until January 23, 2017, within which to file the schedules, statement of affairs and chapter 13 plan, otherwise the case may be dismissed.