Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−34520−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Zilma I Acosta
  102 Grove Street
  Bloomfield, NJ 07003

Social Security No.:
  xxx−xx−8679

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/15/17
Time:           09:00 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 17, 2017
JAN: clb

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-34520-RG
Zilma I Acosta                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jan 17, 2017
                              Form ID: 132             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
```
db           +Zilma I Acosta,    102 Grove Street,    Bloomfield, NJ 07003-5648
516569132    +Capital One,    PO Box 85617,    Richmond, VA 23285-5617
516569133    +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
516569134    +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516569136    +Evergreen Emergency Associates,    P0 Box 30743,    Tampa, FL 33630-3743
516569137    +Franklin Mutual Insurance,    5 Broad Street,    Branchville, NJ 07826-5601
516569138     Imaging Subspecialists of North Jersey,    PO Box 3607,    Evansville, IN 47735-3607
516569139    +KML Law Group,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
516569140     The Derm Group,    PO Box 791486,    Baltimore, MD 21279-1486
516569141    +The Dermatology Group,    60 Pompton Avenue,    Verona, NJ 07044-2946
516569142    +The Dermatology Group,    PO Box 827245,    Philadelphia, PA 19182-7245
516569143    +VRMNJ,    306 Main Street, 2nd Floor,    Millburn, NJ 07041-1178
516569144    +West Hudson Pulmonary Associates,    816 Kearny Avenue,    Kearny, NJ 07032-3148
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2017 23:43:39     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2017 23:43:36      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516569130     E-mail/Text: ebn@americollect.com Jan 17 2017 23:43:45     Americollect Inc,    PO Box 1566,
                Manitowoc, WI 54221
516569129    +E-mail/Text: seinhorn@ars-llc.biz Jan 17 2017 23:44:35     Ability Recovery Service,
                PO Box 4031,    Wyoming, PA 18644-0031
516569135    +E-mail/Text: kzoepfel@credit-control.com Jan 17 2017 23:43:40
                Central Loan Admin & Reporting,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516569145    +E-mail/Text: collect@williamsalexander.com Jan 17 2017 23:43:17
                Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ 07474-2148
516569146    +E-mail/Text: collect@williamsalexander.com Jan 17 2017 23:43:17      Williams/Alexander & A,
                1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516569131*    ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court:    Americollect Inc,    Po Box 1566,    Manitowoc, WI 54221)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
```
              Herbert B. Raymond    on behalf of Debtor Zilma I Acosta bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```