UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: bankruptcy123@comcast.net
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on January 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ZILMA I. ACOSTA, DEBTOR(S)

Case No.: 16-34520  RG

Adv. No.:

Hearing Date:

Judge: ROSEMARY GAMBARDELLA

ORDER ALLOWING ADDITIONAL TIME TO FILE SCHEDULES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: January 19, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

```
 1  Page 2
    Debtor: Zilma I. Acosta, Debtor(s)
 2  Case no.: 16-34520 RG
    Caption of order: Order Allowing Additional Time to File
 3  Schedules, Statement of Affairs and Chapter 13 plan
 4  _____
 5       That the Debtor be allowed until January 23, 2017, within
 6  which to file the schedules, statement of affairs and chapter 13
 7  plan, otherwise the case may be dismissed.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

United States Bankruptcy Court
District of New Jersey

In re:  
Zilma I Acosta  
    Debtor

Case No. 16-34520-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Jan 19, 2017  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.  
db          +Zilma I Acosta,    102 Grove Street,    Bloomfield, NJ 07003-5648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Herbert B. Raymond    on behalf of Debtor Zilma I Acosta bankruptcy123@comcast.net,  
        jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                     TOTAL: 4