Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−34520−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zilma I Acosta
   102 Grove Street
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−8679

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on March 27, 2017.

   On 8/31/17 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:               October 4, 2017
Time:              09:00 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 31, 2017
JAN: clb

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Zilma I Acosta
    Debtor

Case No. 16-34520-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 31, 2017
                          Form ID: 185    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db              +Zilma I Acosta,    102 Grove Street,    Bloomfield, NJ 07003-5648
516569132       +Capital One,    PO Box 85617,    Richmond, VA 23285-5617
516569133       +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
516815594       +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516569134       +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516569136       +Evergreen Emergency Associates,    P0 Box 30743,    Tampa, FL 33630-3743
516569137       +Franklin Mutual Insurance,    5 Broad Street,    Branchville, NJ 07826-5601
516569138        Imaging Subspecialists of North Jersey,    PO Box 3607,    Evansville, IN 47735-3607
516569139       +KML Law Group,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
516569140        The Derm Group,    PO Box 791486,    Baltimore, MD 21279-1486
516569141       +The Dermatology Group,    60 Pompton Avenue,    Verona, NJ 07044-2946
516569142       +The Dermatology Group,    PO Box 827245,    Philadelphia, PA 19182-7245
516569143       +VRMNJ,    306 Main Street, 2nd Floor,    Millburn, NJ 07041-1178
516569144       +West Hudson Pulmonary Associates,    816 Kearny Avenue,    Kearny, NJ 07032-3148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2017 23:22:28     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2017 23:22:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 23:23:39
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516569130        E-mail/Text: ebn@americollect.com Aug 31 2017 23:22:34     Americollect Inc,    PO Box 1566,
                 Manitowoc, WI 54221
516569129       +E-mail/Text: seinhorn@ars-llc.biz Aug 31 2017 23:23:08     Ability Recovery Service,
                 PO Box 4031,    Wyoming, PA 18644-0031
516569135       +E-mail/Text: kzoepfel@credit-control.com Aug 31 2017 23:22:30
                 Central Loan Admin & Reporting,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516655419       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 23:24:15     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516569145       +E-mail/Text: collect@williamsalexander.com Aug 31 2017 23:22:11
                 Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ 07474-2148
516569146       +E-mail/Text: collect@williamsalexander.com Aug 31 2017 23:22:12     Williams/Alexander & A,
                 1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                               TOTAL: 9
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516569131*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                 (address filed with court:   Americollect Inc,    Po Box 1566,    Manitowoc, WI 54221)
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Zilma I Acosta bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 31, 2017
                              Form ID: 185             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                 TOTAL: 4