UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

**Order Filed on September 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ZILMA ACOSTA,

DEBTOR

Case No.:        16-34520

Chapter:           13

Judge:            RG

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/27/17_____ :

Property:    __102 GROVE ST., BLOOMFIELD, NJ_____

Creditor:    __CENLAR_____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____,
   and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____,
   and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/25/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2