UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone (973) 675-5622
Telefax (408) 519-6711 Telefax
Voice-mail (815) 642-4613
Email: bankruptcy@optonline.net
Attorneys for the Debtor(s)

**Order Filed on November 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ZILMA I. ACOSTA, DEBTOR(S)

Case No.: 16-34520 RG

Adv. No.:

Hearing Date: 11/1/17 @ 10:30 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER EXPUNGING CLAIM

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: November 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Zilma I. Acosta, Debtor(s)

Case no.: 16-34520 RG

Caption of order: Order Expunging Claim

_____

    That Franklin Mutual Insurance Company's claim, docketed as claim number two (2) on the claim register, be and is hereby expunged, because it was not timely filed.  The Trustee shall not make any payment on this claim.