UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone (973) 675-5622
Telefax (408) 519-6711 Telefax
Voice-mail (815) 642-4613
Email: bankruptcy@optonline.net
Attorneys for the Debtor(s)

**Order Filed on November 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ZILMA I. ACOSTA, DEBTOR(S)

Case No.: 16-34520 RG

Adv. No.:

Hearing Date: 11/1/17 @ 10:30 A.M.

Judge: ROSEMARY GAMBARDELLA

## ORDER EXPUNGING CLAIM

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: November 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Zilma I. Acosta, Debtor(s)

Case no.: 16-34520 RG

Caption of order: Order Expunging Claim

_____

That Franklin Mutual Insurance Company's claim, docketed as claim number two (2) on the claim register, be and is hereby expunged, because it was not timely filed.  The Trustee shall not make any payment on this claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-34520-RG
Zilma I Acosta                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Nov 17, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
db              +Zilma I Acosta,    102 Grove Street,    Bloomfield, NJ 07003-5648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Herbert B. Raymond    on behalf of Debtor Zilma I Acosta bankruptcy123@comcast.net,
      jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     Rebecca Ann Solarz    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
      rsolarz@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5