**Order Filed on June 11, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

| | |
|---|---|
| In Re: | Case No.: 16-34520 RG |
| ZILMA ACOSTA, DEBTOR(S) | Adv. No.: |
| | Hearing Date: 6/6/18 @ 10:30 A.M. |
| | Judge: |

ORDER CANCELLING AND DISCHARGING JUDGMENT LIEN

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Jorge Flecha, Debtor(s)

Case no.: 15-19476 RG

Caption of order: Order Cancelling and Discharging Judgment Liens

_____

    1. That the judicial/judgment lien held by Franklin Mutual Insurance, in and on real property owned by the Debtor located at 102 Grove Street, Bloomfield, New Jersey 07003, entered of record in the Superior Court of New Jersey as follows:

        a. Franklin Mutual Insurance

            i. Franklin Mutual Insurance v. Zilma Acosta

            ii. Judgment Number: DJ-153574-13

            iii. Docket Number: DC-025720-12

            iv. Judgment Enter Date: August 7, 2013

            v. Judgment Filing Date: April 3, 2013

            vi. Court: SCP

            vii. Venue: Essex County

            viii. Judgment Amount: $3,513.02 plus counsel fees, interest and costs

be and is hereby avoided and cancelled.

    2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing liens/judgments from any and all credit reports for the debtor/defendant, Zilma Acosta.