UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on June 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ZILMA ACOSTA, DEBTOR(S)

Case No.: 16-34520  RG

Adv. No.:

Hearing Date: 6/6/18 @ 10:30 A.M.

Judge:

ORDER CANCELLING AND DISCHARGING JUDGMENT LIEN

   The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: June 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Jorge Flecha, Debtor(s)

Case no.: 15-19476 RG

Caption of order: Order Cancelling and Discharging Judgment Liens

_____

    1. That the judicial/judgment lien held by Franklin Mutual Insurance, in and on real property owned by the Debtor located at 102 Grove Street, Bloomfield, New Jersey 07003, entered of record in the Superior Court of New Jersey as follows:

        a. Franklin Mutual Insurance

            i. Franklin Mutual Insurance v. Zilma Acosta

            ii. Judgment Number: DJ-153574-13

            iii. Docket Number: DC-025720-12

            iv. Judgment Enter Date: August 7, 2013

            v. Judgment Filing Date: April 3, 2013

            vi. Court: SCP

            vii. Venue: Essex County

            viii. Judgment Amount: $3,513.02 plus counsel fees, interest and costs

be and is hereby avoided and cancelled.

    2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing liens/judgments from any and all credit reports for the debtor/defendant, Zilma Acosta.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-34520-RG
Zilma I Acosta                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Jun 11, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
db              +Zilma I Acosta,    102 Grove Street,    Bloomfield, NJ 07003-5648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Zilma I Acosta bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5